UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Sarah Palin,

                              Plaintiff,                            17 CIVIL 4853 (JSR)

      -against-                                            **JUDGMENT**

The NY Times, et al.,

                              Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Jed S. Rakoff, United States District Judge, the jury having returned a verdict in favor of Defendants, the Complaint is hereby dismissed.

DATED: New York, New York
              April 28, 2025

                                                        **TAMMI M. HELLWIG**
                                                            Clerk of Court

**So Ordered:**

                                                      BY:    K. Mango

_/s/ Jed S. Rakoff_
U.S.D.J.                                                         Deputy Clerk