

July 30, 2025

U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

    **Re:**    **Docket# 25-1375**
              *Palin v. The New York Times Company*

Dear Sir or Madam:

    Appellant, Sarah Palin, by counsel and pursuant to the Court's Notice of Required Case Status Update dated May 28, 2025 [Doc. 7], hereby informs the Court that as of July 10, 2025, the parties filed all their written submissions on Plaintiff's post-trial motions.  Plaintiff's motions are fully briefed and awaiting a decision by the District Court.

                                            Respectfully submitted,

                                            Shane B. Vogt, Esq.
                                            shane@svogtlaw.com

cc:    Counsel of Record
        (via CM/ECF)

VOGT LAW
625 E. Twiggs Street, Ste. 1090
Tampa, FL 33602
svogtlaw.com
(813)-737-0717