IN THE UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of March, two thousand twenty six

SARAH PALIN,

    Appellant,

v.

THE NEW YORK TIMES COMPANY
and JAMES BENNET,

    Appellees.

**STPULATION**
Docket No. 25-1375

---

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Appellant may reinstate the case by filing written notice with the Clerk, and serving such notice upon the undersigned appellee, by **April 10, 2026**. The time tolled under LR 31.2 begins to run again from the date of appellant's reinstatement notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.

Date: March 13, 2026

Attorney for Appellant

_____
Shane B. Vogt
VOGT LAW

Date: March 13, 2026

Attorney for Appellees

_____
Jay Ward Brown
BALLARD SPAHR LLP