# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of March, two thousand twenty-six,

| | |
|---|---|
| Sarah Palin, | **ORDER** |
| Plaintiff - Appellant, | Docket No. 25-1375 |
| v. | |
| The New York Times Company, James Bennet, | |
| Defendants - Appellees. | |

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

