**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of March, two thousand twenty six

SARAH PALIN,

      Appellant,

v.

THE NEW YORK TIMES COMPANY
and JAMES BENNET,

      Appellees.

**SECOND SUPPLEMENTAL**
**STPULATION**
Docket No. 25-1375

The undersigned counsel for the parties stipulate that the above-captioned case, which was withdrawn pursuant to Local Rule 42.1 by Stipulation filed March 13, 2026 [Doc 44.1], may be reinstated by filing written notice with the Clerk, and serving such notice upon the undersigned appellee, by **May 7, 2026**. The time tolled under LR 31.2 begins to run again from the date of appellant's reinstatement notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.

Date: April 14, 2026

Attorney for Appellant

Shane B. Vogt
VOGT LAW

Date: April 14, 2026

Attorney for Appellees

Jacquelyn N. Schell
BALLARD SPAHR LLP